IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID BRYANT WICKS,

  Plaintiff,

v.

KIMBERLY A. BARKLEY, et al.,

  Defendants.

3:12-CV-02203
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 4TH DAY OF NOVEMBER, 2013**, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 68) for clear error and manifest injustice **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 68) is **ADOPTED**.
2. The Complaint (Doc. 13) is **DISMISSED WITH PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE THE CASE**.

Robert D. Mariani
United States District Judge

FILED
SCRANTON

NOV - 4 2013

PER _____
DEPUTY CLERK